IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

PURVIS RAY CARTWRIGHT            §

VS.                              §   CIVIL ACTION NO. 1:05cv161

WARDEN CHILDRESS                 §

MEMORANDUM ORDER ADOPTING THE MAGISTRATE
JUDGE's REPORT AND RECOMMENDATION

Plaintiff Purvis Ray Cartwright, an inmate confined at the Federal Correctional Complex in Beaumont, Texas, proceeding *pro se*, brought this lawsuit against Warden Childress asserting he has been denied access to the law library.

The court heretofore referred this matter to the Honorable Earl S. Hines, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court.  The Magistrate Judge recommends this action be dismissed for want of prosecution.

The court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such referral, along with the record, pleadings and all available evidence.  No objections to the Report and Recommendation of United States Magistrate Judge were filed by the parties.

O R D E R

Accordingly, the findings of fact and conclusions of law of the Magistrate Judge are correct and the report of the Magistrate

1

```
Judge is ADOPTED.  A final judgment will be entered in this case in
accordance with the Magistrate Judge's recommendations.
```

So **ORDERED** and **SIGNED** this **10** day of **November, 2005.**

_____
  Ron Clark, United States District Judge